IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DOUGLAS W. DAVIS, ) | Case No. 3:07-cv-00427-EJL |
| ) | |
| Plaintiff, ) | |
| ) | **MEMORANDUM DECISION** |
| vs. ) | **AND ORDER** |
| ) | |
| MARIO A. NEVAREZ and ) | |
| SWIFT TRANSPORTATION CO., INC., ) | |
| a Nevada corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the parties' Stipulation and good cause appearing,

IT IS HEREBY ORDERED the parties' Stipulation (Docket No. 98) to extend the ADR deadline in this case through May 4, 2009 is GRANTED.

DATED: **April 9, 2009**.

Honorable Larry M. Boyle
United States Magistrate Judge